UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HARRY DEWAYNE LOWE,           ) | |
| )| |
| Petitioner,   ) | |
| ) | |
| vs.                                    ) | Case No. 2:13-cv-00258-JMS-WGH |
| ) | |
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Respondent.   ) | |

**Entry Dismissing Action as Duplicative**

A lawsuit is duplicative if the "claims, parties, and available relief do not significantly differ between the two actions." *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (*quoting Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F. Supp. 1210, 1213 (N.D. Ill. 1983) (*citations omitted*)). That is the case here. The petition filed in this case is a copy of the petition filed in case number 2:13-cv-232-JMS-WGH. The exhibits attached to the petition in this case were also filed in 2:13-cv-232-JMS-WGH at docket number 4.  He did not reference his earlier case in his filing.

There is no reason for duplicative lawsuits which drain scarce judicial resources. Accordingly, **this action is dismissed without prejudice**. *See Rizzo v. City of Wheaton, Ill.*, 462 Fed. Appx. 609, 613, 2011 WL 5903823, 3 (7th Cir. 2011) ("District courts have ample discretion to dismiss duplicative litigation. . . ."); *Trippe Mfg. Co. v. Am. Power Conversion Corp.*, 46 F.3d 624, 629 (7th Cir.1995)("Federal district courts have the inherent power to administer their dockets so as to conserve scarce judicial resources.")

The Order issued on July 11, 2013, [dkt. 3] is **vacated.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 07/18/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

HARRY D. LOWE
08637-424
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808